## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

LYNN CRANOR

    Plaintiff,

v.                                     Case No.8:16-cv-00341-JSM-TBM

CREDIT ONE BANK, N.A., A
Business Entity of Unknown form
Doing business in Florida and Does
1 through 20, inclusive,

    Defendants.

_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, Credit One Bank, N.A. (Credit One) by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: February 15, 2017

                                              Respectfully submitted,

                                              /s/ Rachel A. Morris
                                              Rachel A. Morris, Esq.
                                              Florida Bar No. 0091498
                                              Dayle M. Van Hoose, Esq.
                                              Florida Bar No. 0016277
                                              SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                                              3350 Buschwood Park Drive, Suite 195
                                              Tampa, FL 33618

<pre>
              Telephone:   (813) 890-2469
              Facsimile:   (866) 466-3140
              ramorris@sessions.legal
              dvanhoose@sessions.legal
</pre>

*Attorneys for Defendant,*
*Credit One Bank, N.A.*

## CERTIFICATE OF SERVICE

I certify that on this 15th day of February 2017, a copy of the foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system or U.S. First Class Mail including plaintiff's counsel as described below.  Parties may access this filing through the Court's system.

Jessica L. Kerr, Esq.
Mark D. Cohen, Esq.
J&M Advocacy Group, LLC
Presidential Circle, Ste. #435 So.
4000 Hollywood Blvd.
Hollywood, FL 33021
jessica@jmadvocacygroup.com
mdcohenpa@yahoo.com

/s/ Rachel A. Morris
Attorney